**654**

No. 1059. PYLE v. KANSAS ET AL. April 27, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Supreme Court of Kansas is also granted. *Harry Pyle, pro se.*

No. 1054. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. STUART. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. George I. Haight, William D. McKenzie,* and *Herbert Pope* for respondent.

No. 1055. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. STUART. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. George I. Haight, William D. McKenzie,* and *Herbert Pope* for respondent.

No. 819. ECKER ET AL. v. WESTERN PACIFIC RAILROAD CORP. ET AL.;

No. 820. CROCKER FIRST NATIONAL BANK ET AL. v. WESTERN PACIFIC RAILROAD CORP. ET AL.;

No. 885. WESTERN PACIFIC RAILROAD CO. v. ECKER ET AL.;

No. 989. RECONSTRUCTION FINANCE CORPORATION v. WESTERN PACIFIC RAILROAD CORP. ET AL.; and

No. 1086. IRVING TRUST CO., TRUSTEE, v. CROCKER FIRST NATIONAL BANK ET AL. April 27, 1942. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Robert T. Swaine* and *Herbert W. Clark* for petitioners in No. 819. *Messrs.*